THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clarence S.
 Gregory, Appellant.
 
 
 

Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.   2008-UP-517
 Submitted September 2, 2008  Filed
 September 9, 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg; for
 Respondent.
 
 
 

PER CURIAM:  Clarence
 S. Gregory, convicted of murder, armed robbery and first degree burglary,
 appeals the trial courts denial of his motion for a new trial based on after
 discovered evidence.  He argues the trial judge hearing his motion should have
 recused himself because the judge also presided over his original trial. 
 Gregory filed a separate pro se brief arguing his appellate counsel
 inadequately briefed his appeal, and the trial court erred by placing a
 heightened scrutiny on a witness recantation affidavit under the erroneous belief
 the witness and Gregory were married.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Gregorys appeal
 and grant counsels motion to be relieved. [1] 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.